PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
BRINKS COMPANY LONG TERM DISABILITY PLAN

RUSSELL G. PETTI (SBN 137160)
THE LAW OFFICES OF RUSSELL G. PETTI
466 Foothill Blvd., #389
La Canada, CA 91011
Telephone:   (818) 952-2168
Facsimile:   (909) 952-2186
Email: Rpetti@petti-legal.com
Attorneys for Plaintiff,
JACKIE FORD-BLEVINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JACKIE FORD-BLEVINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRINKS COMPANY LONG TERM DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>　　　　　Defendants. | CASE NO. 1:09-CV-00754-OWW-DLB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, AND ORDER** |

　　　　WHEREAS, the Court in the above-captioned matter has scheduled a Case Management Conference at 8:15 a.m. on August 13, 2009;

　　　　WHEREAS, counsel for defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Liberty Life") and BRINKS COMPANY LONG TERM DISABILITY PLAN (the "Plan") has two other Case Management Conferences in other matters scheduled between 8:15 a.m. and 9:00 a.m. on August 13, 2009;

WHEREAS, all parties are willing to stipulate to continue the Case Management Conference to a mutually agreeable date that can be calendared by the Court;

WHEREAS Federal Rule of Civil Procedure 16 requires the Court to enter a Scheduling Conference Order within 120 days of defendants being served the complaint in this matter;

WHEREAS, the Plan was served effective May 11, 2009, which is 94 days prior to the current Case Management Conference date of August 13;

WHEREAS the parties stipulate and request that continuing the Case Management Conference to August 20, 2009 at 8:15 a.m. would be acceptable to them and would not violate Federal Rule of Civil Procedure 16;

IT IS HEREBY STIPULATED by and between plaintiff JACKIE FORD-BLEVINS and defendants Liberty Life and the Plan, through their respective attorneys of record, that in the interests of efficiency the parties shall agree to continue the August 13, 2009 Case Management Conference to August 20, 2009, or the next available date on the Court's calendar.

**IT IS SO STIPULATED**.

Dated: July 2, 2009

LAW OFFICES OF RUSSELL G. PETTI

By:  */s/ Russell G. Petti* .
RUSSELL G. PETTI
Attorneys for Plaintiff, JACKIE FORD-BLEVINS

Dated: July 2, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: :  /s/ *Pamela E. Cogan*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
BRINKS COMPANY LONG TERM DISABILITY PLAN

## **ORDER**

Good cause shown, the parties are hereby granted their request to move the Case Management Conference currently scheduled in this matter at 8:15 a.m. on August 13, 2009 to 8:15 a.m. on August 20, 2009.

IT IS SO ORDERED.

DATED: July 6, 2009                    /s/ OLIVER W. WANGER
                                       U.S. DISTRICT JUDGE