1   PAMELA E. COGAN (SBN 105089)
    ROBERT M. FORNI, JR. (SBN 180841)
2   STACY M. TUCKER (SBN 218942)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   1001 Marshall Street, Suite 300
    Redwood City, CA 94063-2052
4   Telephone:     (650) 364-8200
    Facsimile:     (650) 780-1701
5   E-mail:     pcogan@rmkb.com; rforni@rmkb.com; stucker@rmkb.com

6   Attorneys for Defendants,
    BRINKS COMPANY LONG TERM DISABILITY PLAN, LIBERTY LIFE
7   ASSURANCE COMPANY OF BOSTON

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11

12  JACKIE FORD-BLEVINS,                    CASE NO. 09-CV-00754-OWW-DLB

13              Plaintiff,                  **STIPULATION AND ORDER DISMISSING
                                            ACTION WITH PREJUDICE**
14  v.

15  BRINKS COMPANY LONG TERM
    DISABILITY PLAN, LIBERTY LIFE
16  ASSURANCE COMPANY OF BOSTON

17              Defendants.

18

19          **IT IS HEREBY STIPULATED** by and between plaintiff, JACKIE FORD-BLEVINS,

20  and Defendants, BRINKS COMPANY LONG TERM DISABILITY PLAN and LIBERTY LIFE

21  ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the

22  above-captioned action shall be, and hereby is, dismissed with prejudice as to all defendants.

23  \\\\

24  \\\\

25  \\\\

26  \\\\

27  \\\\

28  \\\\

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

PDF created with pdfFactory trial version www.pdffactory.com

1    Each party shall bear its own fees and costs.

2        **IT IS SO STIPULATED.**

3    Dated: January _____, 2010            THE LAW OFFICES OF RUSSELL G. PETTI

4

5                                           By: _____

6                                               RUSSELL G. PETTI
                                                Attorney for Plaintiff, JACKIE FORD-
7                                               BLEVINS

8    Dated: January 6, 2010                 ROPERS, MAJESKI, KOHN & BENTLEY

9

10                                          By:   _/s/ Robert M. Forni, Jr._____
                                                PAMELA E. COGAN
11                                              ROBERT M. FORNI, JR.
                                                STACY M. TUCKER
12                                              Attorneys for Defendants, BRINKS
                                                COMPANY LONG TERM DISABILITY
13                                              PLAN and LIBERTY LIFE ASSURANCE
                                                COMPANY OF BOSTON

14                                  **ORDER**

15        Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  The above-captioned action

16   shall be, and hereby is, dismissed with prejudice as to all Defendants.  Each party shall bear its

17   own fees and costs.

18

19   Dated: January 7, 2010                 __/s/ OLIVER W. WANGER_____
                                            Hon. Oliver W. Wanger
20                                          United States District Judge

21

22

23

24

25

26

27

28

*Ropers Majeski Kohn & Bentley*
A Professional Corporation
Redwood City

PDF created with pdfFactory trial version www.pdffactory.com